# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Okwuchukwu Jideofor,

        Plaintiff,

  v.

FMC Lexington Federal Medical
Center,
United States,

        Defendants.

**ORDER ADOPTING REPORT AND
RECOMMENDATION**
Civil File No. 23-113 (MJD/LIB)

---

Okwuchukwu Jideofor, pro se.

Adam J. Hoskins, Assistant United States Attorney, Counsel for Defendants.

---

The above-entitled matter comes before the Court upon the Report and

Recommendation of United States Magistrate Judge Leo I. Brisbois dated March

30, 2023.  No objections have been filed to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the

record.  28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b).  Based upon that review, the

Court adopts the Report and Recommendation of United States Magistrate Judge

Leo I. Brisbois dated March 30, 2023.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated March 30, 2023 **(Doc. 3)**;

2. Plaintiff's claims against Defendant "FMC Lexington Federal Medical Center" (construed as referring to the Federal Medical Center in Lexington, Kentucky) are **DISMISSED WITHOUT PREJUDICE**; and

3. Plaintiff's constitutional claims against Defendant United States are **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:   May 10, 2023                          s/Michael J. Davis
                                               Michael J. Davis
                                               United States District Court